IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 DEC 28 AM 11:25

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. __15-cv-2818-GPG__
(To be supplied by the court)

__Rusel Busisiwe Query__, Plaintiff,

v.

__Collegiate Housing Services__,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**COMPLAINT**

## PARTIES

1. Plaintiff **Rusel Busisiwe Quaery** is a citizen of **United States** — **Jefferson County, CO**
   who presently resides at the following address:
   **7797 West 52nd Avenue, #78111 Arvada, CO 80002**

2. Defendant **Collegiate Housing Services** is a citizen of **Indiana**
   who live(s) at or is/are located at the following address:
   **5175 East 65th St. Indianapolis, IN. 46220**

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _____

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   **Americans With Disabilities Act**
   _____
   _____

5. Briefly state the background of your case:

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I. I seek an injunction against the eviction which Collegiate Housing Services has brought against me. I also seek that the additional $1200.00 in court costs which they are asking me to pay shall be set aside.

II. I am a student at the Auguste Escoffier School of Culinary Arts in Boulder, CO. I enrolled there in July 2015. I brought with me and presented to the school's appropriate officer the medical diagnosis of traumatic brain injury and ADHD.

III. The Escoffier School has no student housing. They hired Collegiate Housing Services, [Marci Hilliard is the Denver agent for Collegiate Housing Services (CHS) and is the designated Director of Housing at Auguste Escoffier School of Culinary Arts in Boulder, CO] to find housing for their students.

IV. I was being housed in hotels. My money from my disability benefits had been missing. It took me until the end of July to find my job at Alfalfa's Market in Boulder, CO.

First Claim Relief

V. I was taken to my present address. I was introduced to Marci Hilliard and I was told that this was my residence.

VI. I immediately asked for a transfer to Boulder, CO or to a town much closer to Boulder, CO since RTD is my means of transport. I had several conversations with Marci Hilliard and/or with Nicole Peitz of the Auguste Escoffier School when I asked for such a transfer; I even called the corporate offices of CHS. I wanted to transfer within the first 25 days of signing the housing agreement so that there would be no fee. Marci Hilliard said that she was "working on it."

VII. Marci Hilliard never found a closer residence and reminded me that if I left and found a place on my own then I would owe CHS two months rent and an additional 50.00 to get out of their "lease".

VIII. Because of the time it took to travel back and forth to Boulder, CO

for my 7AM - 1PM classes and back to Arvada from work at Alfalfa's Market 3PM - 9:30 PM, I was getting about 3-4 hrs of sleep for 4-5 days per week.

IX. Chronic sleep deprivation is even worse for a TBI survivor than for the non-TBI person. I had to resign from my job because I was being hurt medically, and scholastically.

X. Now, with the loss of my salary, I have had to seek community services to help pay my rent.

XI. Both myself, The Center for People With Disabilities In Denver, The Escoffier School and the Brain Injury Alliance have asked Collegiate Housing Services to withdraw their eviction and be accomodating about my rent payments. They have refused.

XII I seek relief from the District Court because CHS (Collegiate Housing Services) violated my rights under the Americans with Disabilities

Act and brought about the loss of my salary in the first place.

XIII. Auguste Escoffier School of Culinary Arts is a post secondary school which receieves federal funding and Marci Hillard as its Director of Housing was obligated to provide the accomodations of closer to Boulder residence. The lack of that accomodation greatly exacerbated the impairments of the traumatic brain injury and of the ADHD with which I contend. My performance at school was harmed and I was not able to keep my job.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I. I ask that Collegiate Housing Services now grant the accomodation which I seek: Time to pay the rent.

II. I have help from the Brain Injury Alliance to pay 679.00 to Collegiate Housing Services for December's rent. However, they cannot write the check until 1 January 2016.

III. My disability payments have been unlawfully reduced because Health and Human Services of Jefferson County has failed to notify Social Security that I now have Colorado Medicaid.

IV. I have spent countless hours at Jefferson County Health and Human

(Rev. 07/06)  4

Second Claim For Relief

Services to no avail. I have the paperwork to prove my QMB status. Health and Human Services has each time promised that my case is resolved and my benefits shall be restored.

V. Social Security, both the Jefferson County office and the national office, have informed me that my payments have not been released because Health and Human Services has not notified them about my QMB status.

VI. I have asked Kim Gillan, the Regional Director of Health and Human Services in Denver, CO. to intercede. I have heard nothing from her.

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I. The denial of my QMB monies amounts to an unlawful reduction of my disability benefits.

II. In January 2016 that unlawful reduction will amount to over 400.00 which I had planned to pay to Collegiate Housing Services. Social Security has said that my QMB payments shall be restored in one lump sum. That would have amounted to over 300.00 in December 2015. I had planned to apply that to my rent.

III. I ask the court to order Health and Human Services, either the Jefferson County office or the Regional office to notify Social Security of my updated QMB status here in Colorado.

(Rev. 07/06)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

I ask the court's indulgence because I have had no help in this case. I have had to do research, apply for help. I have had no legal representation whatsoever.

The eviction is scheduled for 29 December 201 at magistrate court in Jefferson County Colorado Golden, Co. I ask the court to issue an injunction against this eviction.

Respectfully submitted,

Date: 28 December 2015    Rupal Busisiwe Cuneng
                          (Plaintiff's Original Signature)

7797 West 52nd Ave #78111
(Street Address)

Arvada, CO 80002
(City, State, ZIP)

(575) 956 8357
(Telephone Number)