IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02818-GPG

RUSELBUSISINE QUAERY,

    Plaintiff,

v.

COLLEGIATE HOUSING SERVICES,

    Defendant.

---

## ORDER

---

    The issue before the Court is Plaintiff's Motion for Appointment of Pro Bono Counsel, ECF No. 11, and his Motion for Stay of Eviction, ECF No. 12.   This Court previously addressed and denied Plaintiff's request for appointment of counsel in ECF No. 10 and his request for the Court to stay the pending state court eviction in ECF No. 9. For the same reasons stated in the Court's Orders, ECF Nos. 9 and 10, the Court will deny the new Motions, ECF Nos. 11 and 12.   The only proper filing at this time is an Amended Complaint as Plaintiff was directed to do in ECF No. 5.   Accordingly, it is

    ORDERED that the Motion for Appointment of Pro Bono Counsel, ECF No. 11, is denied at this time.   It is

    FURTHER ORDERED that the Motion for Stay of Eviction, ECF No. 12, is denied.   It is

FURTHER ORDERED that the only proper filing at this time is an Amended Complaint.   Any other filing will be subject to being stricken.

DATED January 14, 2016, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court