IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02818-REB-MJW

RUSELBUSISIWE QUAERY,

Plaintiff,

v.

COLLEGIATE HOUSING SERVICES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that Defendant's Motion For Leave (Docket No. 22) is **GRANTED**. Defendant may file its response to the Amended Complaint (Docket No. 14) on or before May 16, 2016.

Date: April 21, 2016